FILED

10/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0022

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0022

_____

ERIC VALLEJO,

     Petitioner and Appellant,

    v.

STATE OF MONTANA, DEPARTMENT
OF JUSTICE, MOTOR VEHICLE DIVISION,

     Defendant and Appellee.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert L. Deschamps, III, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 21 2020